IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| **TAMARA GREEN** | : |
| Plaintiff, | : |
| v. | : Case No. |
| **WILLIAM HENRY COSBY, JR.** | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT: Please enter the appearance of Andrew Abraham, Esquire, as an additional attorney for Plaintiff.

Respectfully submitted,

/s/ Andrew Abraham
Andrew Abraham, Esquire
BBO No. 631167
Abraham & Associates, P.C.
2 Center Plaza, Suite 620
Boston, MA 02108
(617) 648 - 4499
Abraham@abraham-law.com.com