UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 3:14-cv-30211-MGM

| | |
|---|---|
| Tamara Green, ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| William H. Cosby, Jr., ) | |
|       Defendant ) | |

Please enter my appearance as attorney for the Defendant, William H. Cosby, Jr., in the above-entitled action.

Dated:  December 11, 2014

/s/ Francis D. Dibble, Jr.
Francis D. Dibble, Jr.
 BBO No. 123220
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115-5507
Tel. (413) 272-6246
Fax (413) 272-6804
fdibble@bulkley.com

---

CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on December 11, 2014.

/s/Francis D. Dibble, Jr.

---

1909842