UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

TAMARA GREEN,

        Plaintiff,

v.

        Civil Action No.: 14-CV-30211-MGM

WILLIAM H. COSBY, JR.,

        Defendant

## NOTICE OF APPEARANCE OF JEFFREY E. POINDEXTER

Please enter my appearance as counsel for defendant, William H. Cosby, Jr., in the above-captioned case.

        The Defendant,
        WILLIAM H. COSBY, Jr
        By His Attorneys,

        /s/ Jeffrey E. Poindexter
        Jeffrey E. Poindexter, Esq. (BBO# 631922)
        Bulkley, Richardson & Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, MA 01115
        Tel: 413-781-2820; Fax 413-272-6806
        jpoindexter@bulkley.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identify on the Notice of Electronic filing on December 16, 2014.

        /s/ Jeffrey E. Poindexter
        Jeffrey E. Poindexter

1909936v1