UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TAMARA GREEN,<br>           Plaintiff,<br>v.<br>WILLIAM H. COSBY, JR.,<br>           Defendant | Civil Action No.: 14-CV-30211-MGM |

## DEFENDANT'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

The defendant, William H. Cosby, Jr. ("Defendant"), pursuant to Local Rule 83.5.3, moves that attorney Robert P. LoBue be granted leave to appear *pro hac vice* in this action on behalf of the Defendant.

In support of this motion, the Defendant relies upon the Affidavit of Mr. LoBue filed herewith pursuant to Local Rule 83.5.3 ("Affidavit"). As set forth in the Affidavit, Mr. LoBue is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

For the foregoing reasons, Defendant's Motion for Admission of Counsel *Pro Hac Vice* should be allowed.

Dated: December 16, 2014

Respectfully submitted,

The Defendant,
WILLIAM H. COSBY, JR.
By His Attorneys:

/s/ Jeffrey E. Poindexter
Francis D. Dibble, Jr. – BBO No. 123220
Jeffrey E. Poindexter – BBO 631922
Bulkley, Richardson and Gelinas, LLP
1500 Main Street – Suite 2700
P.O. Box 15507
Springfield, MA  01115
(413) 781-2820; (413) 272-6804 Fax
fdibble@bulkley.com
jpoindexter@bulkley.com

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), this 16 day of December 2014.

/s/ Jeffrey E. Poindexter
Jeffrey E. Poindexter

1909971v1

2