UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| TAMARA GREEN, *et al.* | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 14-cv-30211-MGM |
| | ) | |
| WILLIAM H. COSBY, JR., | ) | **ORAL ARGUMENT REQUESTED** |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AS TO COUNT III (Plaintiff Traitz)

Defendant William H. Cosby, Jr. ("Mr. Cosby") hereby moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Count III of the Amended Complaint asserted against Mr. Cosby by Plaintiff Linda Traitz ("Plaintiff Traitz"). As set forth more fully in William H. Cosby Jr.'s Memorandum of Law In Support of His Motions to Dismiss filed herewith, the Grounds for this motion are that Count III fails to state a claim against Mr. Cosby for which relief may be granted because:

- The November 20 Statement and November 21 Statement (filed as Exhibits D and F to the Declaration of Martin D. Singer and constituting the sole statements allegedly defamatory of Plaintiff Traitz) are constitutionally protected opinions;

- The November 20 Statement and November 21 Statement lack defamatory meaning;

- The November 20 Statement and November 21 Statement are protected by the privilege of self-defense;

- The November 20 Statement and November 21 Statement are substantially true as to Plaintiff Traitz and Plaintiff Traitz has suffered no incremental harm;

- The November 21 Statement is not of and concerning Plaintiff Traitz; and

- Plaintiff Traitz has failed to adequately plead that the person who made the November 20 Statement and the November 21 Statement acted with fault.

<u>REQUEST FOR ORAL ARGUMENT</u>

Mr. Cosby believes that oral argument may be of assistance to the Court and hereby requests that the Court set a date for a hearing on this motion.

The Defendant,
William H. Cosby, Jr.
By His Attorneys:

PATTERSON BELKNAP WEBB & TYLER LLP

Dated:  February 27, 2015

By:     /s/  Robert P. LoBue
        Robert P. LoBue
        1133 Avenue of the Americas
        New York, New York 10036
        Telephone No.: (212) 336-2000
        Facsimile No.: (212) 336-2222

BULKLEY, RICHARDSON & GELINAS, LLP

By:     /s/ Jeffrey E. Poindexter
        Francis D. Dibble, BBO No. 123220
        Jeffrey E. Poindexter, BBO No. 631922
        Bulkley, Richardson and Gelinas, LLP
        1500 Main Street, Suite 2700
        Springfield, MA  01115-5507
        Tel. (413) 272-6232
        Fax (413) 272-6806
        jpoindexter@bulkley.com

<u>CERTIFICATE OF SERVICE AND</u>
<u>COMPLIANCE WITH LOCAL RULE 7.1(2)</u>

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), this 27 day of February, 2015.  I further certify that Francis D. Dibble and I conferred with Plaintiffs' counsel Joseph Cammarata by telephone on February 20, 2015, and attempted in good faith to resolve or narrow the issues between the parties, but were unsuccessful.


*/s/ Robert P. LoBue*
Robert P. LoBue

1955594v1