**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Western Division**

| | |
|---|---|
| **TAMARA GREEN, et al.** | : |
| Plaintiffs, | : Case No. 3:14-cv-30211-MGM |
| v. | : |
| **WILLIAM H. COSBY, JR.** | : |
| Defendant. | : |

**ERRATA TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM**

COME NOW the Plaintiffs, Tamara Green, Therese Serignese, and Linda Traitz, by and through their counsel, and hereby respectfully correct their Memorandum in Support of Opposition to Defendant Cosby's Motions to Dismiss for Failure to State a Claim, as follows:

Upon review of their Memorandum in Support of Plaintiffs' Opposition to Defendant's Motions to Dismiss for Failure to State a Claim, Plaintiffs realized that it was an oversight to cite the RESTATEMENT (2ND) OF AGENCY, Section 212, Comment c (1957) on Page 9 of their Memorandum. It would have been more appropriate to cite the more current RESTATEMENT (3RD) OF AGENCY, Section 7.04, Comment c (2006), and Plaintiffs hereby substitute the citation. On the matter at issue, there is no substantive difference between the two editions of the RESTATEMENT. Similarly to the RESTATEMENT (2ND), Comment c, the RESTATEMENT (3RD), Comment c states: "A person may be subject to tort liability because of an actor's conduct although the actor is not subject to liability. For example, a person who directs conduct may have notice of facts that the actor lacks."

WHEREFORE, Plaintiffs respectfully request that the Court take account of the foregoing correction.

                Respectfully submitted,

                */s/ Joseph Cammarata*
                Joseph Cammarata, Esquire
                **CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

                */s/ Matthew W. Tievsky*
                Matthew W. Tievsky, Esquire
                **CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**
                The Law Building
                1232 Seventeenth Street, N.W.
                Washington, D.C. 20036
                Ofc: (202) 659-8600
                Fax: (202) 659-8680
                E-mail: Joe@dc-law.net
                Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 23rd day of March, 2015, a copy of the foregoing Errata to Plaintiffs' Memorandum in Support of Opposition to Defendant's Motions to Dismiss for Failure to State a Claim, was served by Case Management / Electronic Case Files upon:

> Francis D. Dibble, Jr.
> Jeffrey E. Poindexter
> Bulkley Richardson & Gelinas
> 1500 Main Street
> Suite 2700
> P.O. Box 15507
> Springfield, MA 01115
>
> Robert P. LoBue
> Patterson Belknap Webb & Tyler, LLP
> 1133 Avenue of the Americas
> New York, NY 10036
>
> Andrew Abraham, Esquire
> Abraham & Associates, P.C.
> 2 Center Plaza, Suite 620
> Boston, MA 02108

      */s/ Joseph Cammarata*_____
      Joseph Cammarata, Esquire