UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TAMARA GREEN;<br>THERESE SERIGNESE; and<br>LINDA TRAITZ<br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>WILLIAM H. COSBY, JR.<br>　　　　　　　　Defendant. | Civil Action No.:<br>14-cv-30211 (MGM)<br><br>DECLARATION OF ROBERT P.<br>LoBUE IN SUPPORT OF WILLIAM<br>H. COSBY JR.'S OPPOSITION TO<br>PLAINTIFFS' MOTION FOR<br>LEAVE TO SERVE SUBPOENA |

ROBERT P. LoBUE hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of Patterson Belknap Webb & Tyler LLP and counsel of record for Defendant, *pro hac vice,* along with Francis D. Dibble, Jr. of Bulkley, Richardson and Gelinas, LLP. I have read Plaintiffs' Motion for Leave to Serve Subpoena Upon Third Party, Requesting Documents Regarding Plaintiffs, and accompanying Memorandum in Support (the "Motion" and the "Memorandum") in this matter, and I am familiar with the factual allegations made therein. The purpose of this Declaration is to respond to one of Plaintiffs' representations contained in the Motion and Memorandum.

2. The Memorandum contains an allegation that at some point after March 12, 2015, "defense counsel," see Memorandum, p. 5, was asked to and refused to participate in a conference pursuant to Fed. R. Civ. P. 26(f).

3.       I have no written record of any request for a Fed. R. Civ. P. 26(f) conference, nor do I recall any oral request made by Plaintiffs' counsel for a Fed. R. Civ. P. 26(f) conference. I never refused any such request.

Dated: New York, New York
        April 21, 2015

                                        /s/  Robert P. LoBue
                                        Robert P. LoBue