UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAMARA GREEN, ET AL.,<br>　　Plaintiffs,<br><br>v.<br><br>WILLIAM H. COSBY, JR.<br>　　Defendant. | )<br>)<br>)<br>)  Civ. A. No. 14-cv-30211-MGM<br>)<br>)<br>)  **NOTICE OF APPEARANCE**<br>)<br>) |

Please enter my appearance as an attorney for the Defendant, William H. Cosby, Jr., in the above-entitled action.

　　　　　　　　　　　　　　　　　The Defendant,
　　　　　　　　　　　　　　　　　WILLIAM H. COSBY, JR.
　　　　　　　　　　　　　　　　　By His Attorney:


Dated:  April 28, 2015　　　　　　　/s/ Elizabeth S. Zuckerman
　　　　　　　　　　　　　　　　　Elizabeth S. Zuckerman, BBO No. 673190
　　　　　　　　　　　　　　　　　Bulkley, Richardson and Gelinas, LLP
　　　　　　　　　　　　　　　　　1500 Main Street, Suite 2700
　　　　　　　　　　　　　　　　　Springfield, MA  01115-5507
　　　　　　　　　　　　　　　　　Tel. (413) 272-6219
　　　　　　　　　　　　　　　　　Fax (413) 272-6806
　　　　　　　　　　　　　　　　　ezuckerman@bulkley.com

- 2 -

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), this 28th day of April, 2015.

*/s/ Elizabeth S. Zuckerman*
Elizabeth S. Zuckerman

1997492v1