

# BULKLEY RICHARDSON

**Francis D. Dibble, Jr.,** Partner
*direct:* 413-272-6246
fdibble@bulkley.com

April 30, 2015

The Honorable Mark G. Mastroianni
United States Courthouse
300 State Street
Springfield, MA 01105

    Re: *Green et al. v. Cosby*
        Civil Action No. 14-cv-30211-MGM

Dear Judge Mastroianni:

    We are counsel for the defendant in the above referenced matter. On April 16, 2015, the Court granted Plaintiffs' Motion for Leave to File Second Amended Complaint and allowed Mr. Cosby until today to "file a motion to dismiss which responds to the newly amended-complaint, or which supplements the dismissal motions previously filed...." (Docket Nos. 45 and 46).

    Mr. Cosby hereby notifies the Court that he will not supplement the motions previously filed. Mr. Cosby instead hereby renews his motions to dismiss (Docket Nos. 21, 22 and 23), and, as to Plaintiffs' Second Amended Complaint (Docket No. 48), will rely on those motions and his other previously filed papers, including his Memorandum of Law in Support of His Motions to Dismiss (Docket No. 24), his Reply Memorandum in Support of His Motions to Dismiss (Docket No. 41), and (with respect to the new matter in the Second Amended Complaint) his Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint (Docket No. 27), and the documents attached thereto as declarations and exhibits and incorporated therein by reference.

                                  Respectfully,

                                    /s/ *Francis D. Dibble, Jr.*

                                    Francis D. Dibble, Jr.

cc: Joseph Cammarata
     Robert P. LoBue

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of April, 2015.

                                          /s/ *Francis D. Dibble, Jr.*
                                          Francis D. Dibble, Jr.

2003255