IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Western Division

| | |
|---|---|
| **TAMARA GREEN, et al.** | : |
| | : |
| Plaintiffs, | : Case No. 3:14-cv-30211-MGM |
| | : |
| v. | : |
| | : |
| **WILLIAM H. COSBY, JR.** | : |
| | : |
| Defendant. | : |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM**

COME NOW the Plaintiffs, and hereby supplement their Opposition to Defendant Cosby's Motions to Dismiss for Failure to State a Claim, as follows:

Defendant Cosby's Motions to Dismiss contend, *inter alia*, that the four defamatory statements at issue were non-actionable expressions of personal opinion by his spokespersons, including two of his attorneys (Martin D. Singer, and Walter M. Phillips, Jr.); and that the Second Amended Complaint does not adequately plead that Defendant Cosby is liable for the conduct of those spokespersons.

Plaintiffs hereby supplement their Opposition to the Motions to Dismiss, to note recent factual developments that could be included in a new amendment to Plaintiffs' pleading. One of Defendant Cosby's attorneys, Monique Pressley, Esq., has recently made several public statements to the media, affirming that **the statements of Defendant Cosby's attorneys regarding the sexual assault allegations against him, were the statements of Defendant Cosby himself.** *See Exhibit A*, July 23, 2015, Transcript of CNN Interview at 1 (Ms. Pressley stated: "[T]hrough his attorneys, [Cosby] from the very beginning has denied repeatedly the accusations and allegations that have been lodged against him. . . . **[W]hen his attorneys speak**,

we're speaking for him.  So when we speak and say that he denies all of the allegations and accusations, **then that is the statement of Bill Cosby**. . . .  It's not necessary for him to do anything more than what he is doing, which is relying on able counsel to speak for him . . . ." (emphasis added)); *Exhibit B*, July 23, 2015, "Bill Cosby Team Begins Public Defense Campaign," New York Times at 5 (Mr. Pressley stated: "When [Cosby's] lawyers speak, he speaks").[1]

If necessary, to defeat the Motions to Dismiss, Plaintiffs would amend their pleading to reflect this recent admission by Defendant Cosby (through Ms. Pressley).  *See Luthy v. Proulx*, 464 F. Supp. 2d 69, 74-76 (D. Mass. 2006).   The admission to the public, that Mr. Singer's and Mr. Phillips' statements were, indeed, Defendant Cosby's own, supports Plaintiffs' position on the issues of "opinion," and direct/vicarious liability.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendant's Motions to Dismiss for Failure to State a Claim.

          Respectfully submitted,

          */s/ Joseph Cammarata*
          Joseph Cammarata, Esquire
          **CHAIKIN, SHERMAN, CAMMARATA &**
           **SIEGEL, P.C.**
          The Law Building
          1232 Seventeenth Street, N.W.
          Washington, D.C. 20036
          Ofc: (202) 659-8600
          Fax: (202) 659-8680
          E-mail: Joe@dc-law.net
          Attorneys for Plaintiffs

---

[1] In *Exhibit C*, undersigned counsel attests to the authenticity of *Exhibits A* and *B*.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 24th day of July, 2015, a copy of the foregoing Plaintiffs' Supplemental Memorandum in Opposition to Defendant's Motions to Dismiss for Failure to State a Claim, was served by Case Management / Electronic Case Files upon:

      Francis D. Dibble, Jr.
      Jeffrey E. Poindexter
      Bulkley Richardson & Gelinas
      1500 Main Street
      Suite 2700
      P.O. Box 15507
      Springfield, MA 01115

      Robert P. LoBue
      Patterson Belknap Webb & Tyler, LLP
      1133 Avenue of the Americas
      New York, NY 10036

      */s/ Joseph Cammarata*
      Joseph Cammarata, Esquire