UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TAMARA GREEN, THERESE SERIGNESE, and LINDA TRAITZ,<br><br>Plaintiffs<br><br>v.<br><br>WILLIAM H. COSBY, JR.,<br><br>Defendant | CIVIL ACTION NO. 3:14-CV-30211-MGM |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant William H. Cosby, Jr., in the above-captioned matter.

                                                THE DEFENDANT,
                                                By His Attorneys

                                                */s/ John J. Egan*
                                                John J. Egan, BBO #151680
                                                Egan, Flanagan and Cohen, P.C.
                                                67 Market Street, P.O. Box 9035
                                                Springfield, MA 01102-9035
                                                (413) 737-0260; Fax (413) 737-0121
                                                Email: jje@efclaw.com

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on October 21, 2015.

                                                */s/ John J. Egan*
                                                John J. Egan