**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS
Western Division**

| | |
|---|---|
| **TAMARA GREEN**, et al. : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 3:14-cv-30211-MGM |
| v. : | |
| : | |
| **WILLIAM H. COSBY, JR.** : | |
| : | |
| Defendant. : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter my appearance, on behalf of ONLY Plaintiffs Barbara Bowman, Joan Tarshis, and Angela Leslie:

        Respectfully submitted,

        */s/ Alexandra B. Schmit*____
        Alexandra B. Schmit, Esquire
        BBO No. 662942
        **THE BRESSLER FIRM LLC**
        180 N. Michigan Ave.,
        Suite 1800
        Chicago, IL 60601
        (312) 278-4450 (phone)
        (312) 275-7104 (fax)
        E-mail: alexandra_schmit@
        bresslerfirm.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this <u>16th</u> day of November, 2015, a copy of the foregoing Notice of Appearance was served upon:

    John J. Egan
    Egan, Flanagan & Cohen, PC
    67 Market Street
    P.O. Box 9035
    Springfield, MA 01102

    Christopher Tayback
    Marshall M. Searcy, III
    Quinn Emanuel Urquhart & Sullivan, LLP
    865 South Figueroa
    10th Floor
    Los Angeles, CA 90017

*/s/ Alexandra B. Schmit*____
Alexandra B. Schmit, Esquire

00811-NEWMMS/7403606.1