**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TAMARA GREEN, THERESE**
**SERIGNESE, LINDA TRAITZ,**
**LOUISA MORITZ, BARBARA**
**BOWMAN, JOAN TARSHIS, and**
**ANGELA LESLIE,**

      **Plaintiffs,**

    v.                                                                                     CIVIL ACTION
                                                                                          NO. 14-30211-MGM

**WILLIAM H. COSBY, JR.,**

      **Defendant**.

## SCHEDULING ORDER

**Hennessy, M.J.**

An initial scheduling conference was held in the above-captioned matter on November 30, 2015 in Worcester.  This Scheduling Order is intended to provide a reasonable timetable for discovery and related motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.  See Fed. R. Civ. P. 1.

### Reply Memoranda

Without first seeking leave of the court, the parties may submit reply memoranda to any opposition to a motion.  Such reply shall not exceed five pages.

### Depositions

Despite the limit of 10 depositions per side set forth in Fed. R. Civ. P. 30, at the request of the parties to exceed that number, each side is allowed 25 depositions.  No party should expect an application to exceed this extended limit to be granted.  All other rules governing depositions, including the manner of noting objections set for in the Fed. R. Civ. P. 30(c )(2), shall be followed.

### Electronically Stored Information

By December 14, 2015, the parties shall execute a written agreement regarding the preservation and discovery of electronically stored information.

1

**Privileged and Trial Preparation Material**

By December 14, 2015, the parties shall execute a written agreement regarding the discovery and use of privileged and trial preparation material.

## Timetable for Discovery and Motion Practice

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1.   **Initial Disclosures**.  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by December 14, 2015.

2.   **Amendments to Pleadings**.  Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after December 14, 2015.

4.   **Fact Discovery** - Final Deadline.  All discovery, other than expert discovery, must be completed by August 4, 2016.

5.   **Case Management Conference**.  A case management conference will be held in Worcester at 2:00 p.m. on the following dates:

>      March 23, 2016 at 2:00 p.m.
>      August 5, 2016 at 2:00 p.m.

At the conference, the court will address, among other matters, whether either side is likely to call expert witnesses, and whether it is appropriate to schedule a separate settlement conference, pursuant to Local Rule 16.1(F)(7).

## Procedural Provisions

1.   **Extension of Deadlines.**  Pursuant to Local Rule 16.1(G), motions to extend or modify scheduling order deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2.   **Discovery Disputes.**  Discovery disputes which the parties are unable to resolve without intervention of the court shall be presented according to the following protocol:  There shall be a motion, an opposition and the option to file without leave, a reply.  Each submission shall not exceed five pages.  The movant shall

2

describe the nature and scope of the dispute, *i.e.*, the need for the discovery, the basis for the objection to producing discovery, any relevant authorities, and any recommended resolution; and, if a hearing is sought, whether that hearing can be conducted by telephone. The court may, in situations involving more substantive matters, direct counsel to supplement their submissions. Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3.     **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case management conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

4.     **Early Resolution of Issues.** The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

5.     **Pretrial Conference.** Lead trial counsel must attend any pretrial conference.


By the Court,


December 1, 2015                                      Lisa Belpedio
Date                                                          Deputy Clerk

3