UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TAMARA GREEN, THERESE SERIGNESE, LINDA TRAITZ, LOUISA MORITZ, BARBARA BOWMAN, JOAN TARSHIS, and ANGELA LESLIE,<br><br>       Plaintiffs,<br><br>    v.<br><br>WILLIAM H. COSBY, JR.,<br><br>       Defendant.<br><br>WILLIAM H. COSBY, JR.,<br><br>       Counterclaim Plaintiff,<br><br>    v.<br><br>TAMARA GREEN, THERESE SERIGNESE, LINDA TRAITZ, LOUISA MORITZ, BARBARA BOWMAN, JOAN TARSHIS, and ANGELA LESLIE,<br><br>       Counterclaim Defendants. | Case No.: 3:14-cv-30211-MGM |

**CAMILLE COSBY'S MOTION TO QUASH HER DEPOSITION SUBPOENA, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

Camille Cosby, wife of Defendant William H. Cosby, Jr. and a non-party to the above captioned action, by and through her undersigned counsel, moves this Court pursuant to Federal Rule of Civil Procedure 45 to enter an order quashing the deposition subpoena served upon her by Plaintiffs, or, in the alternative, for a protective order. In support of this motion, Mrs. Cosby incorporates and relies on the reasons set forth in *Camille Cosby's Memorandum Of Law In*

*Support Of Her Motion To Quash Her Deposition Subpoena, Or, In The Alternative, For A Protective Order*, along with the exhibits filed concurrently therewith.

Pursuant to Local Rule 37.1, undersigned counsel certifies that counsel for Mrs. Cosby has conferred with opposing counsel and attempted in good faith to resolve and/or narrow the issues raised by this motion. Those efforts were unsuccessful.

Dated: December 18, 2015

Respectfully submitted,

By: *s/John J. Egan*
Christopher Tayback
Marshall M. Searcy III
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443 3000

Monique Pressley (*Pro Hac Vice Pending*)
THE PRESSLEY FIRM, PLLC
1629 K Street NW, Suite 300
Washington, DC 20036
Phone: (202) 973-0181

John J. Egan
EGAN, FLANAGAN & COHEN, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
413-737-0260

*Attorneys for Camille Cosby*

## CERTIFICATE OF SERVICE

  I hereby certify that, on December 18, 2015, I caused the foregoing document, along with the corresponding brief in support and exhibits, to be electronically filed using the CM/ECF, which will automatically transmit Notice of Electronic Filing to all attorneys of record, as follows:

**Joseph Cammarata**
**Matthew W. Tievsky**
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 Seventeenth Street, N.W.
Washington, DC 20036

**Andrew M. Abraham**
Abraham & Associates, P.C.
2 Center Plaza, Suite 620
Boston, MA 02108

**Ira Sherman**
The Law Building
1232 Seventeenth Street, N.W.
Washington, DC 20036

**Alexandra B. Schmit**
**Michael A. Bressler**
The Bressler Firm LLC
Suite 1800
180 N. Michigan Avenue
Chicago, IL 60601

            *s/John J. Egan*
            John J. Egan