## AJ Merton

| | |
|---|---|
| **From:** | Joe Cammarata <joe@dc-law.net> |
| **Sent:** | Wednesday, December 09, 2015 3:39 PM |
| **To:** | Marshall Searcy; Matthew Tievsky |
| **Cc:** | Christopher Tayback |
| **Subject:** | RE: Green v. Cosby |

Thank you Marshall.





**From:** Marshall Searcy [mailto:marshallsearcy@quinnemanuel.com]
**Sent:** Wednesday, December 09, 2015 3:00 PM
**To:** Joe Cammarata; Matthew Tievsky
**Cc:** Christopher Tayback
**Subject:** Green v. Cosby

Joe,
Following up on our conversation from yesterday, I am authorized to accept service of a subpoena on behalf of Camille Cosby.  As we discussed, accepting the service is with full reservation and without waiver of any of her rights, including filing a motion to quash and/or seeking a protective order.

Thanks,
Marshall

Exhibit A