UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TAMARA GREEN, THERESE SERIGNESE, LINDA TRAITZ, LOUISA MORITZ, BARBARA BOWMAN, JOAN TARSHIS, and ANGELA LESLIE<br><br>    Plaintiffs/Defendants-in-Counterclaim<br><br>v.<br><br>WILLIAM H. COSBY, JR.,<br><br>    Defendant/Plaintiff-in-Counterclaim | CIVIL ACTION NO. 3:14-CV-30211-MGM |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for Camille Cosby in the above-captioned matter.

CAMILLE COSBY,
By Her Attorneys

*/s/ Marshall M. Searcy III*
Marshall M. Searcy III
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443 3000

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on December 22, 2015.

*/s/ Marshall M. Searcy III*
Marshall M. Searcy III