UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| **TAMARA GREEN et al.,** <br><br>   **Plaintiffs/Counterclaim Defendants,**<br><br>  v.<br><br>**WILLIAM H. COSBY, JR.,**<br><br>   **Defendant/Counterclaim Plaintiff.** | Case No.: 3:14-cv-30211-MGM |

**CAMILLE COSBY'S EMERGENCY MOTION TO STAY HER DEPOSITION, CURRENTLY SET FOR JANUARY 6, 2016, PENDING THE RESOLUTION OF HER APPEAL OF THE MAGISTRATE'S ORDER (DKT. 146) DENYING HER MOTION TO QUASH HER DEPOSITION SUBPOENA**

  Camille Cosby, by and through her undersigned counsel and pursuant to Local Rule 40.4, brings this *Emergency Motion to Stay Her Deposition, Currently Set for January 6, 2016, Pending the Resolution of Her Appeal of the Magistrate's Order (Dkt. 146) Denying Her Motion to Quash Her Deposition Subpoena*. In support of this emergency motion, Mrs. Cosby incorporates and relies on the reasons set forth in *Camille Cosby's Memorandum in Support of Her Emergency Motion to Stay Her Deposition, Currently Set for January 6, 2016, Pending the Resolution of Her Appeal of the Magistrate's Order (Dkt. 146) Denying Her Motion to Quash Her Deposition Subpoena*, along with the exhibit filed concurrently therewith.

  Pursuant to Local Rule 37.1, undersigned counsel certifies that counsel for Mrs. Cosby has conferred with opposing counsel and attempted in good faith to resolve and/or narrow the issues raised by this motion. Those efforts were unsuccessful.

Dated:  January 4, 2016          Respectfully submitted,

1

By: */s/ John J. Egan*
Christopher Tayback
Marshall M. Searcy III
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443 3000

Monique Pressley
THE PRESSLEY FIRM, PLLC
1629 K Street NW, Suite 300
Washington, DC 20036
Phone: (202) 973-0181

John J. Egan
EGAN, FLANAGAN & COHEN, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
413-737-0260

*Attorneys for Camille Cosby*

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 4, 2016, I caused the foregoing document to be electronically filed using the CM/ECF, which will automatically transmit Notice of Electronic Filing to all attorneys of record, as follows:

**Joseph Cammarata**
**Matthew W. Tievsky**
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 Seventeenth Street, N.W.
Washington, DC 20036

**Andrew M. Abraham**
Abraham & Associates, P.C.
2 Center Plaza, Suite 620
Boston, MA 02108

**Ira Sherman**
The Law Building
1232 Seventeenth Street, N.W.
Washington, DC 20036

**Alexandra B. Schmit**
**Michael A. Bressler**
The Bressler Firm LLC
Suite 1800
180 N. Michigan Avenue
Chicago, IL 60601

    */s/ John J. Egan*
    John J. Egan