UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

**TAMARA GREEN, THERESE
SERIGNESE, LINDA TRAITZ,
LOUISA MORITZ, BARBARA
BOWMAN, JOAN TARSHIS, and
ANGELA LESLIE,**

      **Plaintiffs,**

   v.                                                                  CIVIL ACTION
                                                                         NO. 14-30211-MGM
**WILLIAM H. COSBY, JR.,**

      **Defendant**.

## ORDER

### January 4, 2016

**Hennessy, M.J.**

Pending before this court is Defendant William H. Cosby's motion for protective order and proposed confidentiality agreement as well as proposed ESI protocol (Docket #122) ("defendant's motion"), which was submitted on December 14, 2015. See Docket # 122.  Three days after the deadline for responding had passed,[1] plaintiffs filed an opposition, without leave of the court to submit a late filing.  Accordingly, plaintiffs' opposition is stricken without prejudice to refile their original submission by **5:00 PM on January 5, 2016**.  This filing shall be accompanied by a proper motion seeking leave and explaining why plaintiffs' original opposition was filed when it was.[2]

---

[1] See Local Rule 7.1(b)(2) ("A party opposing a motion, shall file an opposition within 14 days after the motion is served, unless (1) the motion is for summary judgment, in which case the opposition shall be filed within 21 days after the motion is served, or (2) another period is fixed by rule or statute, or by order of the court.").

[2] Defendant shall have five days from plaintiffs' re-filing (as opposed to five days from the December 31, 2015 submission) to submit a reply.  See Docket # 137.

Further, any discovery—including but not limited to Camille Cosby's deposition—occurring and/or exchanged before entry of a decision on defendant's motion shall be sealed and deemed confidential until the court has reached such decision.

<u>*/s/ David H. Hennessy*</u>
David H. Hennessy
United States Magistrate Judge