**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **TAMARA GREEN** *et al.*, | |
| **Plaintiffs/Counterclaim Defendants,** | |
| **v.** | Case No.: 3:14-cv-30211-MGM |
| **WILLIAM H. COSBY, JR.,** | |
| **Defendant/Counterclaim Plaintiff.** | |

**WILLIAM H. COSBY JR.'S ASSENTED TO MOTION TO WITHDRAW**
**HIS MOTION TO COMPEL DEPOSITIONS OF THE NAMED PLAINTIFFS**

Having reached an agreement with Plaintiffs' counsel setting specific dates for each plaintiff's deposition and obtaining assent for this motion, Defendant, William H. Cosby, Jr., by and through his undersigned counsel, submits this Assented to Motion to Withdraw his *Motion to Compel Depositions of the Named Plaintiffs* along with the corresponding memorandum in support and exhibits filed concurrently therewith (Dkt. 133; Dkt. 134 *et seq.*).

Dated:  January 6, 2016

Respectfully submitted,

THE DEFENDANT,
By His Attorneys

 */s/ John J. Egan* _____
Christopher Tayback
Marshall M. Searcy III
William C. Price
Jeanine M. Zalduendo
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000; Fax (213) 443-3100
Email: marshallsearcy@quinnemanuel.com;
christayback@quinnemanuel.com;

williamprice@quinnemanuel.com;
jeaninezalduendo@quinnemanuel.com

Alexander J. Merton
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
777 6th St. NW, 11th Floor
Washington, DC 20001
(202) 538-8000; Fax (202) 538-8100
Email: ajmerton@quinnemanuel.com

Monique Pressley
THE PRESSLEY FIRM, PLLC
1629 K Street NW, Suite 300
Washington, DC 20036
Phone: (202) 973-0181
Email: mdpressley@thepressleyfirm.com

John J. Egan
EGAN, FLANAGAN & COHEN, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax (413) 737-0121
Email: jje@efclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 6, 2016, I caused the foregoing document to be electronically filed using the CM/ECF, which will automatically transmit Notice of Electronic Filing to all attorneys of record, as follows:

**Joseph Cammarata**
**Matthew W. Tievsky**
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 Seventeenth Street, N.W.
Washington, DC 20036

**Andrew M. Abraham**
Abraham & Associates, P.C.
2 Center Plaza, Suite 620
Boston, MA 02108

**Ira Sherman**
The Law Building
1232 Seventeenth Street, N.W.
Washington, DC 20036

**Alexandra B. Schmit**
**Michael A. Bressler**
The Bressler Firm LLC
Suite 1800
180 N. Michigan Avenue
Chicago, IL 60601


_/s/ John J. Egan_
John J. Egan