**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **TAMARA GREEN, et al.,**<br><br>                    **Plaintiffs,**<br><br>          **v.**<br><br>**WILLIAM H. COSBY, JR.,**<br><br>                    **Defendant.** | **Case No.: 3:14-cv-30211-MGM-DHH** |

## JOINT NOTICE OF ITEMS TO DISCUSS AT JANUARY 13, 2016 HEARING

COME NOW the parties, by and through their counsel, in response to the Court's

January 7, 2016 Order (Dkt. No. 167), and hereby notify the Court that they wish to discuss the

following matters at the January 13, 2016 hearing:

- Plaintiffs request that the Court impose a January 20, 2016 deadline for Defendant to file any motion to stay this case, or otherwise limit discovery, on account of Mr. Cosby's December 30, 2015 criminal indictment; and,

- Defendant requests that Plaintiffs identify the "Jane Does" listed in their Rule 26(a)(1) Statement/Witness list.

Respectfully submitted,

/s/ Marshall M. Searcy, III_____
Marshall M. Searcy, III, Esq.
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
865 South Figueroa
10th Floor
Los Angeles, CA 90017
Ofc: (213) 443-3152
Fax: (213) 624-0643
E-mail: marshallsearcy@quinnemanuel.com
Attorneys for Defendant/Counter-Plaintiff

/s/ Joseph Cammarata_____
Joseph Cammarata, Esquire
**CHAIKIN, SHERMAN,**
**CAMMARATA & SIEGEL, P.C.**
The Law Building
1232 Seventeenth Street NW
Washington, D.C. 20036
Ofc: (202) 659-8600
Fax: (202) 659-8680
E-mail: joe@dc-law.net
Attorneys for Plaintiffs/
Counter-Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on January 11, 2016.

*/s/ Joseph Cammarata*
Joseph Cammarata