UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

TAMARA GREEN, THERESE
SERIGNESE, LINDA TRAITZ, LOUISA
MORITZ, BARBARA BOWMAN, JOAN
TARSHIS, and ANGELA LESLIE

        Plaintiffs/Defendants-in-
        Counterclaim

v.

WILLIAM H. COSBY, JR.,

        Defendant/Plaintiff-in-
        Counterclaim

CIVIL ACTION NO. 3:14-CV-30211-MGM

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant/plaintiff-in-counterclaim

William H. Cosby, Jr., in the above-captioned matter.

THE DEFENDANT,
By His Attorneys
*/s/ Stephen E. Spelman*
Stephen E. Spelman, BBO #632089
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax (413) 737-0121
Email: ses@efclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on January 11, 2016.

*/s/ Stephen E. Spelman*
Stephen E. Spelman