UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TAMARA GREEN, THERESE SERIGNESE, LINDA TRAITZ, LOUISA MORITZ, BARBARA BOWMAN, JOAN TARSHIS, and ANGELA LESLIE<br><br>Plaintiffs/Defendants-in-Counterclaim<br><br>v.<br><br>WILLIAM H. COSBY, JR.,<br><br>Defendant/Plaintiff-in-Counterclaim | CIVIL ACTION NO. 3:14-CV-30211-MGM |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for Camille Cosby in the above-captioned matter.

CAMILLE COSBY,
By Her Attorneys

*/s/ Stephen E. Spelman*
Stephen E. Spelman, BBO #632089
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260; Fax (413) 737-0121
Email: ses@efclaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of this document will be mailed, first-class mail, postage prepaid, to non-registered participants on January 11, 2016.

*/s/ Stephen E. Spelman*
Stephen E. Spelman