**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **TAMARA GREEN, et al.,**<br><br>                **Plaintiffs,**<br><br>        v.<br><br>**WILLIAM H. COSBY, JR.,**<br><br>                **Defendant.** | **Case No.: 3:14-cv-30211-MGM-DHH** |

## JOINT REPORT ON STATUS OF THIS ACTION DURING STAY

COME NOW the parties, by and through their counsel, per the request of this Court (Dkt. No. 535), and hereby submit the following joint report on the status of this action while it remains stayed:

1. Plaintiffs' counsel represents that, on January 4, 2019, one of the Plaintiffs passed away. Plaintiffs' counsel further represents that a hearing on the appointment of a personal representative is scheduled to be held on February 19, 2019, and that, once a representative of the estate is appointed, the Plaintiffs will move this Court to substitute the representative as a party Plaintiff.

2. On January 11, 2019, Plaintiffs and Defendant's insurer, through counsel, participated in a private mediation. Defendant's counsel appeared and preserved all rights.

//

//

//

//

3. The parties are prepared to go forward with the status conference currently scheduled for February 28, 2019.

Respectfully submitted,

*/s/ Joseph Cammarata*_____
Joseph Cammarata, Esquire
**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**
The Law Building
1232 Seventeenth Street NW
Washington, D.C. 20036
Ofc: (202) 659-8600
Fax: (202) 659-8680
E-mail: joe@dc-law.net
Attorneys for Plaintiffs/
Counter-Defendants


*/s/ Sarah Kelly-Kilgore*_____
Alan A. Greenberg, Esq.
Wayne R. Gross, Esq.
Sarah Kelly-Kilgore, Esq.
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(213) 334-7000
Email: agreenberg@ggtriallaw.com
        wgross@ggtriallaw.com
        skellykilgore@ggtriallaw.com

John J. Egan, Esq.
Robert L. Quinn, Esq.
Lauren F. Olanoff, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260
Email: jje@efclaw.com
       rlq@efclaw.com
       lfo@efclaw.com

*Attorneys for Defendant and Counterclaim*
*Plaintiff William H. Cosby, Jr.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on January 25, 2019.

                */s/ Joseph Cammarata*
                Joseph Cammarata