**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **TAMARA GREEN, et al.,**<br><br>    **Plaintiffs/Counter-Defendants,**<br><br>        v.<br><br>**WILLIAM H. COSBY, JR.,**<br><br>    **Defendant/Counter-Plaintiff.** | **Case No.: 3:14-cv-30211-MGM-DHH** |

### PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MARCH 18, 2019 STATUS REPORT

COME NOW the Plaintiffs, pursuant to Local Rule 7.2, and hereby request that the Court allow Plaintiffs to file under seal their next Status Report, and as reasons therefor state as follows:

1. On February 28, 2019, the Court held a status hearing on this matter, which included a sidebar that was held under seal.

2. At the hearing, the Court requested a Status Report by March 18, 2019.

3. Up until that date, Plaintiffs anticipated that they would be able to file that Status Report on the public docket. However, the due date having arrived, circumstances are unexpectedly such that Plaintiffs must respectfully request to file the Status Report under seal, for effectively the same reasons that the February 28 sidebar was sealed.

4. Pending leave of Court, Plaintiffs are sending their current Status Report to the Court by Federal Express, under seal. The Status Report, aside from detailing the status of the case, also sets forth more fully why it should be filed under seal.

5. Defendant consents to the foregoing Motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant the foregoing Motion.

Respectfully submitted,

*/s/ Joseph Cammarata*
Joseph Cammarata, Esq.
Allan M. Siegel, Esq.
Matthew W. Tievsky, Esq.
**CHAIKIN, SHERMAN, CAMMARATA &
 SIEGEL, P.C.**
The Law Building
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Ofc: (202) 659-8600
Fax: (202) 659-8680
E-mail: joe@dc-law.net
Attorneys for Plaintiffs

## LOCAL RULE 7.1 CERTIFICATION

Defendant consents to the foregoing Motion.

*/s/ Joseph Cammarata*
Joseph Cammarata

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on March 18, 2019.

*/s/ Joseph Cammarata*
Joseph Cammarata