**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| **WILLIAM H. COSBY, JR.** | |
|     **Counterplaintiff,** | |
|   **v.** | **Case No.: 3:14-cv-30211-MGM-DHH** |
| **TAMARA GREEN, et al.** | |
|     **Counterdefendants.** | |

<u>**JOINT REQUEST FOR TELEPHONIC STATUS CONFERENCE**</u>

  COME NOW the parties, by and through counsel, and hereby request that the Court hold a telephonic status conference to discuss a matter that will narrow or eliminate the need for dispositive motions practice.  The parties respectfully request that the Court hold the requested conference on May 21, 2019.[1]

  WHEREFORE, the parties respectfully request that the Court grant the foregoing request.

---

[1] If the Court cannot hold the requested conference on May 21, then the parties respectfully request that the Court schedule the conference for the earliest available date, and that the Court extend the dispositive motions deadline to that date.

Respectfully submitted,


/s/ Matthew W. Tievsky_____
Joseph Cammarata, Esq.
Allan M. Siegel, Esq.
Matthew W. Tievsky, Esq.
**CHAIKIN, SHERMAN,**
**CAMMARATA & SIEGEL, P.C.**
The Law Building
1232 Seventeenth Street NW
Washington, D.C. 20036
Ofc: (202) 659-8600
Fax: (202) 659-8680
E-mail: joe@dc-law.net
Attorneys for Plaintiffs/
Counter-Defendants


/s/ Sarah Kelly-Kilgore_____
Alan A. Greenberg, Esq.
Wayne R. Gross, Esq.
Sarah Kelly-Kilgore, Esq.
GREENBERG GROSS LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(213) 334-7000
Email: agreenberg@ggtriallaw.com
wgross@ggtriallaw.com
skellykilgore@ggtriallaw.com


John J. Egan, Esq.
Robert L. Quinn, Esq.
Lauren F. Olanoff, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260
Email: jje@efclaw.com
rlq@efclaw.com
lfo@efclaw.com

## RULE 7.1 CERTIFICATE

The parties are jointly making the foregoing request.

/s/ Matthew W. Tievsky
Matthew W. Tievsky

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF on May 20, 2019.

/s/ Matthew W. Tievsky
Matthew W. Tievsky