UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TAMARA GREEN et al., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> WILLIAM H. COSBY, JR., <br><br> Defendant/Counterclaim Plaintiff. | C.A. No.: 3:14-cv-30211-MGM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to the dismissal of all counterclaims brought by defendant/counterclaim plaintiff William H. Cosby, Jr., with prejudice, without costs, and with all rights of appeal waived.

Respectfully submitted,

 */s/ Joseph Cammarata*
Joseph Cammarata, Esq.
Matthew Tievsky, Esq.
**CHAIKIN, SHERMAN,**
**CAMMARATA & SIEGEL, P.C.**
The Law Building
1232 Seventeenth Street NW
Washington, D.C. 20036
Ofc: (202) 659-8600
Fax: (202) 659-8680
E-mail: joe@dc-law.net

*Attorneys for Plaintiffs/*
*Counterclaim Defendants*
*Tamara Green, Therese Serignese,*
*Linda Traitz, the Estate of Louisa*
*Moritz, Barbara Bowman, Joan*
*Tarshis, and Angela Leslie*

 */s/ Sarah Kelly-Kilgore*
Alan A. Greenberg, Esq.
Wayne R. Gross, Esq.
Sarah Kelly-Kilgore, Esq.
**GREENBERG GROSS LLP**
601 South Figueroa Street, 30thFloor
Los Angeles, CA 90017
(213) 334-7000
Email: agreenberg@ggtriallaw.com
         wgross@ggtriallaw.com
         skellykilgore@ggtriallaw.com

John J. Egan, Esq.
Robert L. Quinn, Esq.
Lauren F. Olanoff, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260
Email: jje@efclaw.com
         rlq@efclaw.com
         lfo@efclaw.com

*Attorneys for Defendant/Counterclaim Plaintiff William H. Cosby, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2019.

Dated:  May 31, 2019                                         */s/ Sarah Kelly-Kilgore*
                                                                                        Sarah Kelly-Kilgore